IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JACK SULLIVAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 26-cv-04021-SRB |
| ) | |
| CARMEN PACHECO, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Chief Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #2) to deny Plaintiff Jack Sullivan's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #1).

After an independent review of the record and applicable law, the Court hereby ADOPTS Judge Epps' Report and Recommendation (Doc. #2). Consequently, it is hereby ORDERED that Plaintiffs' Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. #1) is DENIED and this case is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). The Clerk of the Court is directed to mail a copy of this Order to Plaintiff at his last known address.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: February 11, 2026